*<u>E-Filed on: 4/7/11</u>*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH AUGUSTIN VEGA,<br><br>    Movant/Defendant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent/Plaintiff. | Case No. C-09-03182-RMW<br><br>(Related Criminal Case CR-93-20051-RMW)<br><br>ORDER REQUIRING GOVERNMENT'S RESPONSE; GRANTING *IN FORMA PAUPERIS* STATUS; AND DENYING APPOINTMENT OF COUNSEL |

Movant/defendant Ralph Vega seeks relief under 28 U.S.C. § 2255 with respect to sentences he received in two cases: action no. CR-93-20051-RMW which proceeded in the Northern District of California ("Northern District Case") and action no. 99-CR-05023-OWW which was brought in the Eastern District of California ("Eastern District Case"). As the court understands Vega's motion, Vega claims a plea agreement was entered into affecting the sentences in both cases. Vega asserts that in exchange for his plea of guilty in the Eastern District Action and his providing of substantial assistance, his sentence in the Northern District Case was to be reduced 30% and that his sentence in the Eastern District Case was to run concurrently with the sentence in his Northern District Case. Vega contends that he has fulfilled his end of the bargain but the government has not.

Pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, the government is requested to respond by April 29, 2011. Vega may file a reply by May 16, 2011.

NO. C-09-03182-RMW
(Related to: CR-93-20051-RMW
ORDER REQUIRING GOVERNMENT'S RESPONSE; GRANTING
*IN FORMA PAUPERIS* STATUS; AND DENYING APPOINTMENT OF COUNSEL

1  Vega has applied to proceed *in forma pauperis* and has provided appropriate back-up
2  materials. That motion is granted.
3  Vega also seeks appointment of counsel. The Sixth Amendment's right to counsel does not
4  apply in habeas corpus actions. See *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). The
5  decision to appoint counsel is within the discretion of the district court. See *Chaney v. Lewis*, 801
6  F.2d 1191, 1196 (9th Cir. 1986). In the instant case, the court finds that Vega has reasonably
7  explained his contentions and that the issue raised should be straightforward to address. Therefore,
8  the court does not believe that counsel's assistance, although always welcome, would be of
9  particular assistance here unless an evidentiary hearing becomes necessary. The court, in its
10 discretion, denies without prejudice Vega's request for appointment of counsel.

DATED: April 6, 2011

_____
RONALD M. WHYTE
United States District Judge

NO. C-09-03182-RMW
(Related to: CR-93-20051-RMW)
ORDER REQUIRING GOVERNMENT'S RESPONSE; GRANTING
*IN FORMA PAUPERIS* STATUS; AND DENYING APPOINTMENT OF COUNSEL

| | |
|---|---|
| 1 | |
| 2 | Copy of Order E-Filed to Counsel of Record: |
| 3 | Copy of Order Mailed to: |
| 4 | Ralph Augustin Vega<br>89731-011 |
| 5 | Lompoc Federal Correctional Institution<br>3600 Guard Road |
| 6 | Lompoc, CA 93436 |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NO.  C-09-03182-RMW
(Related to: CR-93-20051-RMW
ORDER REQUIRING GOVERNMENT'S RESPONSE; GRANTING
*IN FORMA PAUPERIS* STATUS; AND DENYING APPOINTMENT OF COUNSEL